NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1266

WIAV SOLUTIONS LLC,

Plaintiff-Appellant,

v.

MOTOROLA, INC.,

Defendant-Appellee,

and

NOKIA CORPORATION and NOKIA INC.,

Defendants-Appellees,

and

PALM, INC.,

Defendant-Appellee,

and

PERSONAL COMMUNICATIONS DEVICES LLC and
PERSONAL COMMUNICATION DEVICES HOLDINGS, LLC,

Defendants-Appellees,

and

SONY ERICSSON MOBILE COMMUNICATIONS AB and
SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.,

Defendants-Appellees,

and

UTSTARCOM, INC.,

Defendant-Appellee,

and

MINDSPEED TECHNOLOGIES, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0447, Senior Judge Robert E. Payne.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

ORDER

WiAV Solutions LLC moves to expedite the briefing schedule and disposition of this appeal. Motorola, Inc. et al. oppose. WiAV replies.

WiAV may of course self-expedite the appeal by filing its own briefs early. Although WiAV has not shown that the time for the appellees to file their briefs should be shortened, the appellees should not anticipate extensions of time to file their briefs. This case will be set for oral argument promptly after briefing is completed. Under these circumstances, WiAV has not made a sufficient showing to justify any additional measures to expedite the proceedings.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is denied.

(2)     The revised official caption is reflected above.

FOR THE COURT

APR 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christopher S. Schultz, Esq.
Brian G. Arnold, Esq.
Jonathan E. Retsky, Esq.
Frank G. Smith, III, Esq.
John Lee Newby, II, Esq.
Andrew M. Grodin, Esq.
Kevin P.B. Johnson, Esq.
Dana D. McDaniel, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2010

JAN HORBALY
CLERK

2010-1266                    - 3 -